IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:21CR246 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE JURY TRIAL** |
| OLIVER J. GLASS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Oliver J. Glass moves the Court for an Order continuing the jury trial scheduled for May 16, 2022, for at least 120 days for the reason the parties need additional time to conduct discovery.

The time from the filing of this motion to the new date chosen for trial should be excluded from the running of the speedy trial clock.

Under 18 U.S.C. §3161(h)(8), the ends of justice served by the granting of the continuance outweigh the best interests of the public and Oliver J. Glass to a speedy trial, because denial of this motion would unreasonably prejudice Oliver J. Glass' defense.

The undersigned counsel has advised Oliver J. Glass of the reasons for seeking a continuance and Oliver J. Glass has no objection to this motion.

Sean P. Lynch, Assistant United States Attorney, has no objection to this motion.

WHEREFORE, Oliver J. Glass respectfully moves the Court for an Order continuing the jury trial scheduled for May 16, 2022, for at least 120 days.

OLIVER J. GLASS, Defendant,

BY   /s/ *Clarence E. Mock*
      Clarence E. Mock, III, No. 15443
      JOHNSON & MOCK, PC, LLO
      307 N. Oakland Ave.
      P.O. Box 62
      Oakland, NE 68045
      (402) 685-5647
      cmock@johnsonandmock.com

## CERTIFICATE OF SERVICE

I, Clarence E. Mock, hereby certify that on May 2, 2022, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Sean P. Lynch, Assistant United States Attorney.

/s/ *Clarence E. Mock*
Clarence E. Mock