```
                                                    FILED
                                               U.S. DISTRICT COURT
                                               DISTRICT OF NEBRASKA

                                               2022 NOV 21 PM 2:44

                                               OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:21CR246 |
| vs. | INFORMATION |
| OLIVER J. GLASS, | 18 U.S.C. § 371 |
| Defendant. | |

The United States Attorney charges:

## COUNT I

Between on or about March 6, 2020, and on or about December 22, 2020, in the District of Nebraska, the Defendant, Oliver J. Glass, and others, known and unknown, knowingly and unlawfully combined, conspired, confederated, and agreed to commit an offense against the United States, to wit: deprivation of rights under color of law in violation of Title 18, United States Code, Section 242.

## OBJECT OF THE CONSPIRACY

The primary object of the conspiracy was to deprive Victim 1, while acting under color of law, of his right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable search and seizure in violation of the 4th Amendment of the Constitution of the United States of America.

## OVERT ACTS

1. Defendant, Oliver J. Glass, and others utilized their restricted access to the Nebraska Criminal Justice Information System (NCJIS) to obtain information about Victim 1.

2. A supervisor in the Fremont Police Department advised other officers that Victim 1 was dating the defendant, Oliver J. Glass's, wife and to be on the lookout for Victim 1 and

provided other officers with Victim 1's information, vehicle description, and license plate number.

3. An officer within the Dodge County law enforcement community, while acting as a private investigator, used his law enforcement credentials to obtain access about Victim 1's criminal history that was not publicly available.

4. Members of law enforcement in Dodge County would drive by Victim 1's apartment looking for Victim 1 without a legal justification or criminal predicate.

In violation of Title 18, United States Code, Section 371.

UNITED STATES OF AMERICA,
Plaintiff

STEVEN A. RUSSELL
Acting United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SEAN P. LYNCH, #26275
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: sean.lynch@usdoj.gov