## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:21CR246 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STATEMENT OF POSITION** |
| vs. | ) | **REGARDING REVISED** |
| | ) | **PRESENTENCE INVESTIGATION** |
| OLIVER J. GLASS, | ) | R**EPORT** |
| | ) | |
| Defendant. | ) | |

Pursuant to Paragraph 6 of the Order on Sentencing Schedule, Defendant

Oliver J. Glass has no objections to the Revised Presentence Investigation Report.

OLIVER J. GLASS, Defendant,

BY___/s/ Clarence E. Mock_____
      Clarence E. Mock, No. 15443
      JOHNSON & MOCK, PC, LLO
      307 N. Oakland Ave.
      P.O. Box 62
      Oakland, Nebraska 68045
      (402) 685-5647
      cmock@johnsonandmock.com

## CERTIFICATE OF SERVICE

I, Clarence E. Mock, hereby certify that on January 31, 2023, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

      _____/s/ Clarence E. Mock_____
      Clarence E. Mock