IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:21CR246 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO RESTRICT** |
| | ) | |
| OLIVER J. GLASS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to NECrimR 49.1.1(b), Defendant Oliver J. Glass respectfully

moves the Court for an order pursuant to the E-Government Act restricting access

to the following documents as they contain information protected from public

disclosure as provided by law:

a. Defendant's Motion for Downward Variance
b. Memorandum Brief in Support of Defendant's Motion for
   Downward Variance
c. Index of Evidence in Support of Defendant's Motion for
   Downward Variance

OLIVER J. GLASS, Defendant,


BY___/s/ Clarence E. Mock_____
       Clarence E. Mock, No. 15443
       JOHNSON & MOCK, PC, LLO
       307 N. Oakland Ave.
       P.O. Box 62
       Oakland, Nebraska 68045
       (402) 685-5647
       cmock@johnsonandmock.com

CERTIFICATE OF SERVICE

      I, Clarence E. Mock, hereby certify that on January 31, 2023, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.


                     /s/ Clarence E. Mock
                     Clarence E. Mock