IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:21CR246 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO SEAL** |
| vs. | ) | |
| | ) | |
| OLIVER J. GLASS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to NECrimR 12.5(a)(i) and 49.1.1(d), Defendant Oliver J. Glass moves the Court for an order permitting the filing of the Index of Sealed Evidence in support of Defendant's Motion for Downward Variance and Exhibits No. 18, 21, 41 and 56 attached thereto under seal for the reason the exhibits contain sensitive information, including certain medical, mental health and rehabilitation information.

OLIVER J. GLASS, Defendant,

BY   /s/ Clarence E. Mock
      Clarence E. Mock, No. 15443
      JOHNSON & MOCK, PC, LLO
      307 N. Oakland Ave.
      P.O. Box 62
      Oakland, Nebraska 68045
      (402) 685-5647
      cmock@johnsonandmock.com

CERTIFICATE OF SERVICE

      I, Clarence E. Mock, hereby certify that on January 31, 2023, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

                                            /s/ Clarence E. Mock
                                              Clarence E. Mock