IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 8:21CR246 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO RESTRICT** |
| ) | |
| OLIVER J. GLASS, ) | |
| ) | |
| Defendant. ) | |

Pursuant to NECrimR 49.1.1(b), Defendant Oliver J. Glass respectfully moves the Court for an order pursuant to the E-Government Act restricting access to the following documents as they contain information protected from public disclosure as provided by law:

    a.    Index of Evidence in Support of Defendant's Motion for Downward Variance (Continued)

                                OLIVER J. GLASS, Defendant,

                                BY   /s/ Clarence E. Mock
                                          Clarence E. Mock, No. 15443
                                          JOHNSON & MOCK, PC, LLO
                                          307 N. Oakland Ave.
                                          P.O. Box 62
                                          Oakland, Nebraska 68045
                                          (402) 685-5647
                                          cmock@johnsonandmock.com

CERTIFICATE OF SERVICE

  I, Clarence E. Mock, hereby certify that on February 14, 2023, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

            /s/ Clarence E. Mock
            Clarence E. Mock