IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>OLIVER J. GLASS,<br><br>                Defendant. | 8:21CR246<br><br>MOTION TO SEAL |

COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to seal the Government's Index of Evidence in Support of Government's Response to Defendant's Motion for Variance and Memorandum in Aid of Sentencing and attached exhibits regarding the above-captioned defendant.

                                                UNITED STATES OF AMERICA, Plaintiff

                                                Sincerely,

                                                STEVEN A. RUSSELL
                                                United States Attorney
                                                District of Nebraska

By:    s/ Sean P. Lynch
           SEAN P. LYNCH, #25275
           Assistant U.S. Attorney
           1620 Dodge Street, Ste. 1400
           Omaha, Nebraska  68102
           Tel: (402) 661-3700
           Fax: (402) 661-3084
           E-mail:  sean.lynch@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

      s/ Sean P. Lynch
      Assistant U.S. Attorney