# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| **Offender:** | Oliver J. Glass | **Docket No.** | 8:21CR00246 |
| **Type of Supervision:** | Supervised Release | **Date of This Report:** | July 9, 2024 |

**Sentencing Judge:** The Honorable Robert F. Rossiter, Jr.
Chief U.S. District Judge

**Offense of Conviction:** Conspiracy to Deprive Individual Rights 18 U.S.C. § 371
Original Sentence: 9 Months Bureau of Prisons; 12 Months Supervised Release

**Supervision Term:** October 25, 2023 through October 24, 2024

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| Christopher J. Zimmerer | Sean P. Lynch | Clarence Mock, III |

### PETITIONING THE COURT

The undersigned probation officer recommends that a **Summons** be issued for service upon Oliver J. Glass and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations.

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1 | Oliver J. Glass is in violation of **Mandatory Condition #1** which states, "You must not commit another federal, state, or local crime." |
| | In the early morning of July 6, 2024, outside of Lincoln, Nebraska, Oliver Glass operated a vehicle while under the influence of alcohol. He was found broken down on the side of the highway by the Nebraska State patrol. After exhibiting commons signs of inebriation, Mr. Glass submitted to a preliminary breath test which registered a BAC of .154. |
| | Mr. Glass was arrested for Driving Under the Influence (Nebraska Revised Statute 60-6,196). He was taken into custody and placed at the Lancaster County (NE) Jail. Once sober enough to do so, Mr. Glass posted bond and was released to the community and ordered to make initial appearance on August 28, 2024, at 9:00am in Lancaster County Court. |
| 2 | Oliver J. Glass is in violation of **Special Condition "a"** which states, "You must not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance." |
| | On July 5, 2024, Oliver Glass drank alcohol at a wedding. He was arrested for driving under the influence in the morning hours of July 6, 2024, as detailed in Allegation #1. |
| | On July 6, 2024, Mr. Glass admitted to the undersigned officer that he had consumed alcohol. |

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,                                  Reviewed by:

_[signature]_                                            _[signature]_

Christopher J. Zimmerer                                  Alicia Friedman, Supervising
Senior U.S. Probation and Pretrial Services Officer      U. S. Probation and Pretrial Services Officer

**THE COURT ORDERS THAT:**

_____ No action shall be taken.

_____ A Warrant shall be issued for service upon Oliver J. Glass and a hearing held by the Court to determine whether Oliver J. Glass has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

 The U. S. Probation Officer shall summons Oliver J. Glass to appear for a hearing in court to determine whether Oliver J. Glass has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____ The following action to be taken (specify other action):

_____     July 9, 2024
The Honorable Robert F. Rossiter, Jr.     Date
Chief U.S. District Judge

### * * * NOTICE TO OFFENDER * * *

Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:

**(A)** written notice of the alleged violation(s);
**(B)** disclosure of the evidence against you;
**(C)** an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;
**(D)** notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.