IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:21CR246 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE VIOLATION OF** |
| OLIVER J. GLASS, | ) | **SUPERVISED RELEASE** |
| | ) | **HEARING** |
| Defendant. | ) | |

Defendant Oliver J. Glass moves the Court for an Order continuing the violation of supervised release hearing scheduled for July 31, 2024, for at least 45 days.

The undersigned counsel has advised Oliver J. Glass of the reasons for seeking a continuance and Oliver J. Glass has no objection to this motion.

Sean P. Lynch, Assistant United States Attorney, has no objection to this motion.

OLIVER J. GLASS, Defendant,

BY    /s/ *Clarence E. Mock*
         Clarence E. Mock, III, No. 15443
         JOHNSON & MOCK, PC, LLO
         307 N. Oakland Ave.
         P.O. Box 62
         Oakland, NE 68045
         (402) 685-5647
         cmock@johnsonandmock.com

CERTIFICATE OF SERVICE

      I, Clarence E. Mock, hereby certify that on July 29, 2024, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

                                              /s/ *Clarence E. Mock*
                                              Clarence E. Mock