IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:21CR246 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED UNOPPOSED** |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | **VIOLATION OF SUPERVISED** |
| OLIVER J. GLASS, | ) | **RELEASE HEARING** |
| | ) | |
| Defendant. | ) | |

Defendant Oliver J. Glass moves the Court for an Order continuing the violation of supervised release hearing scheduled for July 31, 2024, for at least 45 days for the following reasons:

1. The petition against Oliver Glass for violation of the conditions of his supervised release alleges two Class C violations:

    a. a violation of Mandatory Condition #1 which states "You must not commit any federal, state, or local crime"; and

    b. a violation of Special Condition "a" which states "You must not purchase or possess, use, distribute or administer any alcohol, just the same as any other narcotic or controlled substance."

Both allegations arise from an incident that occurred on July 6, 2024, in Lancaster County, Nebraska, where Glass was arrested for driving under the influence.

2. Glass has been ordered to appear on August 28, 2024, at 9:00 a.m. in the Lancaster County Court. However, no formal charges have been filed as of this date and the undersigned counsel will not have access to police reports, Datamaster documentation and other discovery material related to that matter before August 28, 2024.

3. Without access to the discovery material related to the Lancaster County arrest, counsel cannot properly advise Glass related to the alleged violation of Mandatory Condition #1.

4. To avoid the necessity of a preliminary hearing in this matter, Glass moves the Court for a continuance for 45 days, which should be sufficient time for the undersigned counsel to obtain and review discovery materials related to the Lancaster County matter. At that point, Glass will be able to address both allegations and a waiver of a preliminary hearing related to the violation of Mandatory Condition #1.

5. Glass has intensified his alcohol treatment regimen, has installed an interlock device on his vehicle and submitted to additional periodic chemical testing. He is currently employed full time and engaged in additional counseling. For these reasons, Glass will not flee or be a danger to the community.

6. The undersigned counsel has advised Oliver J. Glass of the reasons for seeking a continuance and Oliver J. Glass has no objection to this motion.

7. Sean P. Lynch, Assistant United States Attorney, has no objection to this motion.

OLIVER J. GLASS, Defendant,

BY  /s/ *Clarence E. Mock*
　　　Clarence E. Mock, III, No. 15443
　　　JOHNSON & MOCK, PC, LLO
　　　307 N. Oakland Ave.
　　　P.O. Box 62
　　　Oakland, NE 68045
　　　(402) 685-5647
　　　cmock@johnsonandmock.com

## CERTIFICATE OF SERVICE

     I, Clarence E. Mock, hereby certify that on July 30, 2024, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

                                            /s/ *Clarence E. Mock*
                                                Clarence E. Mock