IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR246 |
| Plaintiff, | ) ) ) | **MOTION TO WITHDRAW** |
| v. | ) ) | |
| OLIVER GLASS, | ) ) ) | |
| Defendant. | ) | |

Julie B Hansen, court appointed attorney for the Defendant herein, moves for an Order of the Court allowing her and the office of the Federal Public Defender for the District of Nebraska to withdraw as attorney of record herein for the reason that Clarence Mock has entered his appearance herein.

WHEREFORE, counsel respectfully requests that the Court enter an Order allowing counsel and the Office of the Federal Public Defender for the District of Nebraska to withdraw as attorney of record in this matter.

DATED this 4th day of December, 2024.

Respectfully submitted,

Oliver Glass, Defendant,

By /s/ Julie B Hansen
    Julie B Hansen
    Attorney for Defendant
    222 South 15th Street, #300N
    Omaha, NE 68102
    Telephone: (402) 221-7896
    Fax: (402) 221-7884
    E-Mail: Julie_Hansen@fd.org